UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PATRICIA M. FOSTER, )<br>)<br>)<br>Plaintiff, )<br>vs. )<br>)<br>AMERICAN UNITED LIFE INSURANCE CO., )<br> INC., )<br>)<br>Defendant. ) | No: 1:05-cv-00630-SEB-VSS |

### Entry Dismissing Action

The plaintiff was given a period of time in which to respond to the defendant's motion to dismiss and in which to respond fully to all overdue discovery served on her, meaning any written discovery requests served on her prior to the Entry of March 31, 2006. It is apparent from the docket and from the renewed motion to dismiss filed on April 20, 2006, that the plaintiff has failed to do these things.

On the basis of the foregoing, therefore, both the motion to dismiss filed on March 20, 2006, and the renewed motion to dismiss filed on April 20, 2006, are **granted.** Given the nature of the plaintiff's abandonment of the action, the dismissal of the action shall be with prejudice. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

Date: 04/28/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana