UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PATRICIA M. FOSTER, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No: 1:05-cv-00630-SEB-VSS |
| AMERICAN UNITED LIFE INSURANCE CO., INC., | ) ) ) ) |
| Defendant. | ) ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 04/28/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Donald S. Smith
RILEY BENNETT & EGLOFF LLP
dsmith@rbelaw.com

Patricia Foster
c/o Mr. Robert Locke
44 South Bolton Avenue
Indianapolis, IN 46219